IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FEDERAL MARITIME COMMISSION, | ) <br> ) <br> ) |
| Plaintiff, | ) CIVIL ACTION FILE <br> ) |
| v. | ) NUMBER 1:11-cv-1134-TCB <br> ) |
| INDIGO LOGISTICS, LLC, et al., | ) <br> ) |
| Defendants. | ) |

**ORDER**

Before the Court is Plaintiff Federal Maritime Commission's motion to reopen the case [13]. On April 15, 2011 the Court entered a preliminary injunction restraining Defendants from violating the Shipping Act of 1984, 46 U.S.C. §§ 40101 et seq., during the pendency of a Commission investigation into Defendants' allegedly unlawful behavior. On July 5 the Court administratively closed the case during the pendency of the Commission's investigation.

The Commission's investigation proceeded in an administrative tribunal, and on December 2, the Commission entered a final order

approving a settlement agreement between the parties.  As a result of the settlement, the preliminary injunction in this case is no longer necessary.  Therefore, the preliminary injunction [10] is hereby DISSOLVED.[1]

Moreover, the Commission does not intend to seek further relief from this Court.  It has filed a notice of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and it seeks to reopen the case for the sole purpose of closing it again pursuant to the voluntary dismissal.  It is unnecessary to reopen the case to give effect to the voluntary dismissal, however, and instead, the case will simply remain closed.  The Commission's motion to reopen the case [13] is DENIED.

IT IS SO ORDERED this 6th day of December, 2011.

                                                                                                                  _____
                                                                                                                  Timothy C. Batten, Sr.
                                                                                                                   United States District Judge

---

[1] The preliminary injunction otherwise would have expired on December 12 based on the Court's authority to grant preliminary injunctive relief "for a period not to exceed 10 days after the Commission has issued an order disposing of the issues under investigation." 46 U.S.C. § 41307.